NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUDIO EVOLUTION DIAGNOSTICS, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, GLOBALMEDIA GROUP, LLC,**
*Defendants-Appellees*

---

2023-1096

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01384-PEC, Judge Patricia E. Campbell-Smith.

---

## JUDGMENT

---

PETER JOSEPH CORCORAN, III, Corcoran IP Law PLLC, Texarkana, TX, argued for plaintiff-appellant. Also represented by JOEL BENJAMIN ROTHMAN, SRIPLAW, PA, Boca Raton, FL.

GRANT DREWS JOHNSON, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by BRIAN M. BOYNTON, SCOTT DAVID BOLDEN, GARY LEE HAUSKEN.

MARY HALLERMAN, Snell & Wilmer, LLP, Washington, DC, for defendant-appellee GlobalMedia Group, LLC. Also represented by DEREK CONOR FLINT, BRETT WILLIAM JOHNSON, Phoenix, AZ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2024
Date

Jarrett B. Perlow
Clerk of Court